**DISMISS and Opinion Filed January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-22-01243-CV**

_____

**IN THE INTEREST OF A.A.M, AND A.A.M., CHILDREN**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-50617-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Breedlove
Opinion by Justice Breedlove

We questioned our jurisdiction over this appeal from the trial court's August 5, 2022 final decree of divorce and October 18, 2022 "Memorandum and Order on Petitioner's Motion to Reconsider" as it appeared to have been untimely filed. *See Brashear v. Victoria Gardens of McKinney, L.L.C.*, 302 S.W.3d 542, 545 (Tex. App.—Dallas 2009, no pet.) (op. on reh'g) (timely filing of notice of appeal is jurisdictional). Under Texas Rules of Appellate Procedure 26.1(a) and 26.3, the notice of appeal was due no later than November 3, 2022, or, with an extension motion, November 18, 2022. *See* TEX. R. APP. P. 26.1(a) (providing ninety-day deadline for filing notice of appeal when motion for new trial or to reconsider is filed), 26.3 (providing for fifteen-day extension of time to file notice of appeal). The

notice of appeal was filed November 17, 2022, within the extension period, but without an extension motion. *See id.* 26.3.

In accordance with *Verburgt v. Dorner*, 959 S.W.2d 615 (Tex. 1997), we gave appellant an opportunity to file an extension motion. Although we cautioned appellant that failure to comply within ten days could result in dismissal of the appeal without further notice, more than ten days have passed and appellant has not complied. Accordingly, on the record before us, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a); *Brashear*, 302 S.W.3d at 545.

/Maricela Breedlove/
MARICELA BREEDLOVE
JUSTICE

221243F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.A.M, AND A.A.M., CHILDREN

No. 05-22-01243-CV

On Appeal from the 401st Judicial District Court, Collin County, Texas Trial Court Cause No. 401-50617-2020.
Opinion delivered by Justice Breedlove, Justices Molberg and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Arunabha Mukherjee recover his costs, if any, of this appeal from appellant Antara Mukherjee.

Judgment entered January 18, 2023.